UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CARTER,

    Plaintiff,                                   Case No. 1:14-cv-1099

v.                                              HON. JANET T. NEFF

UNKNOWN HICKOK, et al.,

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants filed a Motion to Dismiss (Dkt 13). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 17, 2015, recommending that this Court deny Defendants' motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 19) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (Dkt 13) is DENIED.


Dated: September 11, 2015                                     /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                      United States District Judge